THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE SMALL, Appellant, against WALTER B. MARTIN, as Warden of Attica State Prison, Respondent.

Submitted December 3, 1945; decided December 6, 1945.

*George Small*, in person, for motion.

*Nathaniel L. Goldstein, Attorney-General* (*Emil L. Cohen* of counsel), opposed.

Motion dismissed upon the ground that the Appellate Division order of November 14, 1945, is not appealable to this court.